# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CHARLES CRAIG PHILLIPS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-080 |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| *Commissioner of Social Security*, | ) | |
| | ) | |
| Defendant. | ) | |

## **REPORT AND RECOMMENDATION**

Proceeding *pro se*, plaintiff filed a form complaint asking the Court to review the denial of his social security disability claim. Doc. 1. He also seeks leave to proceed *in forma pauperis*. Doc. 2. The Court screened his Complaint and greenlit it for service on the Commissioner. Doc. 4. It further ordered the Clerk to serve upon plaintiff the Court's General Order in Social Security Appeals, which sets forth the process going forward. *Id*. That Order has since been returned as "undeliverable," despite being sent to *both* the address listed as plaintiff's own on the Complaint itself and the address listed on the Commissioner's decision. Docs. 8 & 10; *see* doc. 1 at 5.

Per Local Rule 11.1, it was plaintiff's continuing duty to keep the Court apprised of his current address. Without it, the Court cannot

move this case forward or communicate with him. A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's Complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. S.D. Ga. L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and

recommendation pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to timely file objections will result in the waiver of rights on appeal.  11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this __3rd__ day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA