# United States District Court
# for the Southern District of Georgia
# Savannah Division

CHARLES CRAIG PHILLIPS, JR., )
)
    Plaintiff, )
)
v. ) CV 418-080
)
NANCY A. BERRYHILL, )
*Commissioner of Social* )
*Security*, )
)
    Defendant. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. *See* Dkt. No. 12. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court, and this case is **DISMISSED without prejudice** for lack of prosecution. *See* S.D. Ga. L. R. 11.1 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962).

**SO ORDERED** this 29 day of May, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)